# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00710-CV

**David Lee Raetzsch, Appellant**

**v.**

**The Honorable Louise Pearson, Clerk, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
## NO. D-1-DC-12-20038-A, HONORABLE MIKE LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

David Lee Raetzsch filed an application for writ of habeas corpus with the Texas Court of Criminal Appeals that was dismissed on May 2, 2012 for noncompliance. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2012). Raetzsch attempts to challenge that dismissal in his notice of appeal filed with this Court.

We lack jurisdiction to review the action taken by the court of criminal appeals. *See* Tex. Const. art. V, § 5; *State ex rel. Wilson v. Briggs*, 351 S.W.2d 892, 894 (1961) (recognizing that court of criminal appeals is court of last resort in criminal matters and as such, no other state court has authority to override or circumvent its decisions or disobey its mandates). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   November 2, 2012